UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| KELTON S. RUFFIN, | ) |
| Plaintiff, | ) 2:10-cv-1082-PMP-LRL |
| vs. | ) |
| TITANIUM METALS CORPORATION dba TIMET, etc., *et al.*, | ) O R D E R |
| Defendant, | ) |

This matter was referred to the undersigned Magistrate Judge on Defendants' Request to Consolidate Early Neutral Evaluation Sessions (#11).

The Court having reviewed the Request (#11) and good cause appearing therefore,

IT IS HEREBY ORDERED that a hearing is scheduled for October 22, 2010, at 11:00 AM on Defendants' Request to Consolidate Early Neutral Evaluation Sessions (#11).

IT IS FURTHER ORDERED that Plaintiff Kelton Ruffin is required to be present in court for this hearing.

IT IS FURTHER ORDERED that the Clerk shall serve a copy of this Order on the Plaintiff by certified mail., return receipt requested.

DATED this  30th   day of September, 2010.

_____
ROBERT J. JOHNSTON
United States Magistrate Judge