UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| KELTON S. RUFFIN,               )<br>                                             )<br>            Plaintiff,              )<br>                                             )<br>vs.                                       )<br>                                             )<br>TITANIUM METALS CORPORATION, )<br>etc., *et al*.,                        )<br>                                             )<br>            Defendant,             )<br>_____) | 2:10-cv-1082-PMP-LRL<br><br><br>O R D E R |

This matter was referred to the undersigned Magistrate Judge on Defendants' Request to Consolidate Early Neutral Evaluation Sessions (#11).

The Court having reviewed the Request (#11) and good cause appearing therefore,

IT IS HEREBY ORDERED that Defendants' Request to Consolidate Early Neutral Evaluation Sessions (#11) is **GRANTED**.

IT IS FURTHER ORDERED that the undersigned Magistrate Judge will conduct a consolidated Early Neutral Evaluation hearing on November 19, 2010, at 9:00 AM in Case Nos. 2:10-cv-894-KJD-RJJ and 2:10-cv-1082-PMP-LRL.

DATED this 20th day of October, 2010.

_____
ROBERT J. JOHNSTON
United States Magistrate Judge