Elayna J. Youchah, Bar No. 5837
youchahe@jacksonlewis.com
**JACKSON LEWIS LLP**
3960 Howard Hughes Parkway, Suite 450
Las Vegas, Nevada 89169
Tel: (702) 921-2460
Fax: (702) 921-2461

*Attorneys for Defendant*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| KELTON S. RUFFIN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>TITANIUM METALS CORPORATION dba TIMET, a foreign Nevada Corporation; ROES I through X, inclusive,<br><br>　　　　Defendants. | CASE NO. 2:10-CV-01082-PMP-LRL<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff Kelton S. Ruffin and Defendant Titanium Metals Corporation, by and through their undersigned counsel of record, that the above entitled matter be dismissed with prejudice, each party to bear its own attorneys' fees and costs.

Dated this 14th day of February, 2011.

| | |
|---|---|
| LAW OFFICE OF RICHARD SEGERBLOM | JACKSON LEWIS LLP |
| /s/ Richard Segerblom | /s/ Elayna J. Youchah |
| Richard Segerblom, Bar # 1010<br>700 South 3rd Street<br>Las Vegas, Nevada 89101 | Elayna J. Youchah, Bar # 5837<br>3960 Howard Hughes Parkway, Ste. 450<br>Las Vegas, Nevada 89169 |
| *Attorney for Plaintiff* | *Attorneys for Defendant* |

## ORDER OF DISMISSAL

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the above entitled matter is dismissed with prejudice and each party to bear its own attorneys' fees and costs.

DATED this 15th day of February, 2011.

*[signature: Philip M. Pro]*

U.S. District Judge